

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JEAN OLIVER

                Plaintiff,

-against-

NEW YORK STATE POLICE

                Defendant.

INDEX NO. 16-cv-11(EAW)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against defendant New York State Police pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Harvey P. Sanders, Esq.
Sanders & Sanders
Attorneys for Plaintiff
401 Maryvale Drive
Cheektowaga, NY 14225
(716) 839-1489
harvey.sanders@wnyemploymentlaw.com

David J. Sleight, Esq.
Assistant Attorney General
Attorneys for Defendant
Main Place Towers
350 Main Street-Suite 300A
Buffalo, New York 14202
(716) 853-8566
david.sleight@ag.ny.gov

**SO ORDERED**

ELIZABETH A. WOLFORD
United States District Judge

Date 12-7-16